```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ILLINOIS


BILL G. GUTHRIE,                )
                                )
         Plaintiff,             )
                                )
vs.                             )        No. 3:07-cv-877
                                )
CSX TRANSPORTATION, INC.,       )
A railroad corporation,         )
                                )
         Defendant.             )
```

### C O M P L A I N T

COMES NOW the plaintiff, Bill G. Guthrie, by and through his attorneys, The Brennan Law Firm, P.C., and for his Complaint against the defendant, CSX Transportation, Inc., a railroad corporation, states as follows:

### COUNT I
### FELA
**(Incident of: April 26, 2005)**

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employer's Liability Act, 45 U.S.C. §51-60, as hereinafter more fully shown.

2. That at all times mentioned herein, the defendant, CSX Transportation, Inc., was a railroad corporation, organized and existing by virtue of law, engages in interstate transportation and commerce, maintains offices and does do business in the Southern District of Illinois.

3. That at all times mentioned herein, the plaintiff, Bill Guthrie, is a resident of McLeansboro, Illinois, which is located in the Southern District of Illinois.

4. That on or about April 26, 2005, and for twenty-four

(24)years prior thereto, and at all times mentioned here, the plaintiff was a servant and employee of the defendant.

5. That at all times mentioned herein, all or part of the duties of the plaintiff as such servant and employee furthered interstate commerce conducted by the defendant or in some way directly and substantially affected said commerce.

6. That at all times mentioned herein, it was the duty of the defendant to exercise ordinary care in providing plaintiff with a reasonably safe place in which to work, to provide the plaintiff with reasonably safe conditions to work, and to provide reasonably safe tools and equipment.

7. That on or about April 26, 2005, the plaintiff was performing his duties as a bridge mechanic, and was located at the defendant's Radnor Yard in Nashville, Tennessee.

8. That at said time and place, the plaintiff was in the process of assisting a co-worker who had fallen out of a railroad car, and onto a ladder, becoming stuck hanging upside down.

9. That at said time and place, the defendant, by and through its agents, servants and employees, committed one or more of the following negligent acts or omissions:

    (a) Failed to furnish the plaintiff and its agents with a reasonably safe place in which to work; and

    (b) Failed to provide the plaintiff and its agents with reasonably safe conditions to work; and

    (c) Failed to provide plaintiff and its agents with reasonably safe tools and equipment; and

    (d) Failed to adequately inspect the equipment from which plaintiff's co-worker fell; and

    (e) Created an emergency situation causing plaintiff to rescue his co-worker;

(f) Failed to warn the plaintiff and its agents of the defective conditions; and

(g) Required plaintiff and its agents to work with defective, unsafe, or unsuitable equipment.

10. That as a result in whole or in part of one or more of the foregoing negligent acts or omissions on the part of the defendant, the plaintiff was caused to injure his low back, tail bone and left elbow while trying to pick up an injured co-worker. As a result of the aforesaid injuries, plaintiff has been caused to endure severe pain and mental anguish and will suffer same in the future; he has received medical care and attention, and will continue to do so on a regular and ongoing basis and in the future, in an attempt to effect his medical cure; he has lost wages and will continue to lose wages; he has incurred medical expenses and pain and suffering, all to plaintiff's damage.

WHEREFORE, plaintiff prays for judgment against defendant, CSX Transportation, Inc., a railroad corporation, in a sum in excess of Seventy-Five Thousand Dollars ($75,000.00) for his damages sustained plus costs of suit.

**PLAINTIFF DEMANDS TRIAL BY JURY ON COUNT I**

**COUNT II
FELA
(INCIDENT OF: July 10, 2007)**

For Count II of his Complaint against the defendant, CSX Transportation, Inc., a railroad corporation, the plaintiff states as follows:

1.      The jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employer's Liability Act, 45 U.S.C., Section 51-60, as hereinafter more fully shown.

2.      That at all times mentioned herein, the defendant, CSX Transportation, Inc., was a railroad corporation, organized and existing by virtue of law, engages in interstate transportation and commerce, maintains offices and does do business in the Southern District of Illinois.

3.      That at all times mentioned herein, the plaintiff, Bill Guthrie, is a resident of McLeansboro, Illinois, which is located in the Southern District of Illinois.

4.      On or about July 10, 2007, and for twenty-six (26) years prior thereto, Plaintiff had been employed by the Defendant as a bridge mechanic, and engaged with defendant in interstate commerce and in the furtherance of interstate commerce.

5.      That on or about July 10, 2007, during the course of his employment with the Defendant, Plaintiff was a passenger in a vehicle owned by defendant, CSX Transportation, Inc., that was being driven by BLAIN BROWN, an agent, servant and employee of the defendant, when the vehicle in which the plaintiff was riding ran off Route #109, near Madisonville, Hopkins County, Kentucky, causing plaintiff serious and permanent injury.

6.      At said time and place, the Defendant, CSX TRANSPORTATION, INC., a railroad corporation, by and through its agent, servant and employee, BLAIN BROWN, committed one or more of

4

the following acts and/or omissions of negligence:

    (a)    Negligently and carelessly failed to furnish the Plaintiff with a reasonably safe place to work;

    (b)    Negligently and carelessly failed to provide the Plaintiff with safe transportation during the course of his work;

    (c)    Negligently and carelessly failed to keep a proper lookout on the roadway;

    (d)    Negligently and carelessly failed to keep proper control of the vehicle he was driving;

    (e)    Negligently and carelessly failed to keep a proper lookout for other vehicles on the roadway, in that there was a vehicle intending to make a left turn, thereby creating an obstruction in his lane of travel;

    (f)    Negligently and carelessly operated the defendant railroad's vehicle in a manner as to cause injury to the plaintiff, Bill Guthrie.

7.    That as a result of one or more of the foregoing negligent acts and/or omissions on the part of the Defendant, CSX TRANSPORTATION, INC., a railroad corporation, by and through its agent, servant and employee, BLAIN BROWN, the Plaintiff was caused to injure his back, tail bone and legs; and as a result of the aforesaid injuries, Plaintiff has been caused to endure severe pain and mental anguish and will suffer same in the future; he has received medical care and attention; and will continue to do so on a regular and ongoing basis and into the future, in an attempt to effect his medical cure; he has lost wages and will continue to lose wages; he has incurred medical expenses and pain and suffering, all to Plaintiff's damage.

WHEREFORE, Plaintiff, BILL GUTHRIE, prays judgment against Defendant, CSX TRANSPORTATION, INC., a railroad corporation, in a

sum in excess of Seventy-Five Thousand Dollars $75,000.00, plus costs of this suit.

**PLAINTIFF DEMANDS TRIAL BY JURY ON COUNT II**

                                The Brennan Law Firm, P.C.

                            BY:   /s/Edward F. Brennan
                                   Edward F. Brennan
                                   19 Bronze Pointe
                                   Belleville, Illinois  62226
                                   Phone:  (618) 236-2121
                                   Fax:    (618) 236-1282
                                   E-Mail:  kelder@peaknet.net