## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BILL G. GUTHRIE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CIVIL NO. 07-877-GPM** |
| | ) |
| **CSX TRANSPORTATION, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge G. Patrick Murphy presiding, and the

parties have advised that the action has been settled in its entirety.

**IT IS ORDERED** that this action is **DISMISSED with prejudice**.  The parties shall

bear their own costs.

**DATED**: March 2, 2010

NANCY J. ROSENSTENGEL, CLERK

By:  s/ Linda M. McGovern
          Deputy Clerk

APPROVED: s/G. Patrick Murphy
          G. Patrick Murphy
          United States District Judge